**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-3103**

---

LORIE C. PRETZEL,

Plaintiff - Appellant,

versus

CRSS FLEXIBLE BENEFITS PLAN; JOHN HANCOCK
MUTUAL LIFE INSURANCE COPANY; CRRS, INCOR-
PORATED,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
North Carolina, at Raleigh. James C. Fox, Chief District Judge.
(CA-94-998-5-F)

---

Submitted: May 29, 1997          Decided: June 23, 1997

---

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lorie C. Pretzel, Appellant Pro Se. James M. Powell, HAYNSWORTH,
BALDWIN, JOHNSON & GREAVES, Greensboro, North Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment in favor of the Defendants in this action alleging a deprivation of Appellant's rights under the Employee Retirement Income Act of 1974. 29 U.S.C. §§ 1001-1461 (West 1985 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Pretzel v. CRSS Flexible, No. CA-94-998-5-F (E.D.N.C. Oct. 27, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED